

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00343-CV

**RHR Partners, LLC**

v.

**The Arena Group, L.P.**

NO. 2013-25166 IN THE 215TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $195.00 | 04/16/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $195.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 30, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**